```
                                        IT IS HEREBY ADJUDGED
                                        and DECREED this is SO
                                        ORDERED.
```

# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Dated: March 29, 2010



_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge
_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-05293

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Christopher Poshka<br>       Debtor.<br>_____<br>CitiMortgage, Inc.<br>       Movant,<br>  vs.<br><br>Christopher Poshka, Debtor, Anthony H. Mason, Trustee.<br><br>       Respondents. | No. 2:10-BK-00206-SSC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #12) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated June 15, 2006 and recorded in the office of the Maricopa County Recorder wherein CitiMortgage, Inc. is the current beneficiary and Christopher Poshka has an interest in, further described as:

> PARCEL 1:
> UNIT 3041, OF em ON CAMELBACK CONDOMINIUM, A CONDOMINIUM AS CREATED BY THAT CERTAIN
> DECLARATION RECORDED DECEMBER 23, 200S AS 2005-1940054A; FIRST AMENDMENT RECORDED AS 20060193025;
> SECOND AMENDMENT RECORDED AS 2006-0259133; AND THIRD AMENDMENT RECORDED AS 20060515645,
> ALL OF OFFICIAL RECORDS AND AFFIDAVITS OF CHANGE RECORDED AS 2006-0186561, AS 20060483494
> AND AS 2006-0514596, ALL OF OFFICIAL RECORDS AND SHOWN ON THE PLAT OF SAID
> CONDOMINIUM AS RECORDED IN BOOK 801 OF MAPS, PAGE 25 OF OFFICIAL RECORDS IN THE OFFICE OF THE
> COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA.
>
> PARCEL 2:
> AN EXCLUSIVE RIGHT TO USE COVERED PARKING SPACE C1038, A LIMITED COMMON ELEMENT AS DESCRIBED
> IN THE ABOVE MENTIONED CONDOMINIUM DECLARATION.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtors personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.